# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Joe Thurmon

(Full Name of Plaintiff or Plaintiffs)

vs

Quad Graphics

(Full Name of Defendant or Defendants)

Case No. 15-C-0721
(Supplied by Clerk)

2015 JUN 16 A 11: 21
JON W. SANFILIPPO
CLERK

## COMPLAINT

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES   ☒ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES   ☒ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) Joe Thurmon

B. Your Address and Phone Number  626 E Pioneer Rd Fond du lac Wisconsin 54935 Apt 3

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name)  Quad Graphics

D. Defendants address  N61 W23044 Harry's Way Sussex, WI 53089

E. Additional DEFENDANTS (names and addresses) _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: On July23,2013 I Joe Thurmon went to job service in Fond du lac WI to apply for jobs I was informed by the clerk that Quad Graphics was in the building talking to individuals about applying to Quad Graphics I was interested in the position so I applied. After applying I sat down and talked to an associate from Quad Graphics named Bob (last name unknown). I told Bob that I was having a hard time scheduling a walk through on the computer. Bob told me not to worry about it and to give him my name and number and he said he would schedule me when he got back to the office. He said he would call me personally. I complied and gave him the information he requested. Bob never scheduled or called me. The next day I called Quad Graphics and asked them if I was scheduled for a walk through and the lady told me no. I then asked her to put me on the list for July 25, 2013 at 5:30pm. When I arrived for the walk thru, I noticed that Bob was the person giving the tour. After the tour Bob scheduled interviews which I was scheduled for July 26, 2013 at 10:30am. At the interview Bob noticed that I have a disability. He asked me what happened to my fingers. I told him I was injured at Bay Engineering & Casting which left me with three amputations on my right hand. Bob then asked me if I thought I could perform the job with my disability. I told him my disability would not affect my job performance. Bob made me feel very uncomfortable because he kept asking about my disability. I told Bob that I have been retrained and that I am qualified for the position.

After the interview Bob said that they have 20 applicants to consider and we will be calling people back next week. I didn't get that phone call, so I called Quad Graphics to check on the status of my application. The person who answered the phone was Carolyn and she told me that they were going to move on to other qualified applicants.

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 15 day of June, 2015.

*Joe Thurman*
(Signature of Plaintiff(s))