UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JOE THURMON,

          Plaintiff,

v.                                          Case No. 15-CV-721

QUAD GRAPHICS,

          Defendant.

---

## STIPULATED NOTICE OF DISMISSAL

---

Plaintiff, Joe Thurmon, by his attorneys, Crivello Carlson, S.C., and Defendant, Quad/Graphics, Inc., by its attorneys, Littler Mendelson, P.C., hereby submit this stipulated notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice. Grounds for the dismissal are as follows:

(1)    The parties have entered a confidential settlement agreement resolving all claims; and

(2)    As part of the settlement agreement, the parties have agreed to dismiss this case with prejudice. Except as expressly set forth in the settlement agreement, each party shall bear its/his own costs and attorney's fees.

1

Dated this 7th day of April, 2016.

s/ _Agatha R. Schmid_
Agatha K. Raynor
Samantha R. Schmid
CRIVELLO CARLSON, S.C.
710 N. Plankinton Ave., Suite 500
Milwaukee, WI 53203
Telephone: 414.271.7722
Facsimile: 414.271.4438
araynor@crivellocarlson.com
sschmid@crivellocarlson.com

s/ _Sarah C. Matt_
Laura A. Lindner
Sarah C. Matt
LITTLER MENDELSON, P.C.
111 East Kilbourn, Suite 1000
Milwaukee, WI 53202
Telephone: 414.291.5536
Facsimile: 414.291.5526
llindner@littler.com
smatt@littler.com

Firmwide:139046739.1 050407.1079

2